Teresa S. Renaker, Cal. Bar No. 187800
Margaret E. Hasselman, Cal. Bar No. 228529
Kirsten G. Scott, Cal Bar. No. 253464
RENAKER HASSELMAN LLP
235 Montgomery St., Suite 944
San Francisco, CA 94104
Telephone: (415) 653-1733
Facsimile: (415) 727-5079
teresa@renakerhasselman.com
margo@renakerhasselman.com
kirsten@renakerhasselman.com

*Attorneys for Plaintiff*

JOHN C. PROVOST, SBN 125458

BEESON, TAYER & BODINE, APC
520 Capitol Mall, Suite 300
Sacramento, CA 95814-4714
Telephone: (916) 325-2100
Facsimile: (916) 325-2120
Email: jprovost@beesontayer.com

CAROL A. KRSTULIC
[Admitted Pro Hac Vice]
BLAKE & UHLIG, P.A.
753 State Avenue, Suite 745
Kansas City, KS 66101
Telephone: (913) 321-8884
Facsimile: (913) 321-2396
Email: cak@blake-uhlig.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DARRYL EVANS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BOILERMAKER-BLACKSMITH NATIONAL PENSION TRUST AND BOARD OF TRUSTEES OF THE BOILERMAKER-BLACKSMITH NATIONAL PENSION TRUST,<br><br>　　　　Defendants. | Case No. 16-CV-01043-TLN-KJN<br><br>**STIPULATION AND ORDER REGARDING DEADLINE TO FILE JOINT CASE MANAGEMENT STATEMENT** |

STIPULATION AND ORDER RE: JOINT CASE MANAGEMENT STATEMENT
CASE NO. 16-CV-01043-TLN-KJN

1   WHEREAS, Plaintiff sent to Defendants the complaint in this matter, along with a
2   request to waive service of summons and other required documents, on May 17, 2016;

3   WHEREAS, on June 3, 2016, Defendants waived service of summons, thereby rendering
4   an answer or motion under Rule 12 due on or before July 18, 2016;

5   WHEREAS, Defendants filed their answer on July 15, 2016;

6   WHEREAS, the Court's Order Requiring Joint Status Report indicates that the parties
7   shall confer as required by Fed. R. Civ. P. 26(f) and shall prepare and submit to the Court a joint
8   status report within 60 days of service of the complaint;

9   WHEREAS, the parties intend to complete their 26(f) meet and confer process later this
10  week;

11  THEREFORE, the parties hereby stipulate to and request the Court's approval of
12  extension of the deadline to submit their Joint Status Report to July 25, 2016.

15  Dated: July 18, 2016                    Respectfully submitted,

17                                          RENAKER HASSELMAN LLP

18                                  By:     ___/ s / Kirsten Scott_____

19                                          Kirsten Scott
                                            *Attorneys for Plaintiff*
20

22  Dated: July 18, 2016                    Respectfully submitted,

24                                  By:     ___/ s / Carol Krstulic_____

25                                          Carol Krstulic
                                            *Attorneys for Defendants*

SIGNATURE ATTESTATION

I, Kirsten Scott, hereby attest that the concurrence in the filing of the document has been obtained from the other signatory on this document.

Dated: July 18, 2016            By:      __/ s / Kirsten Scott_____
                                         Kirsten Scott

IT IS SO ORDERED.

Dated: July 21, 2016

_____
Troy L. Nunley
United States District Judge