Teresa S. Renaker, Cal. Bar No. 187800
Margaret E. Hasselman, Cal. Bar No. 228529
Kirsten G. Scott, Cal Bar. No. 253464
RENAKER HASSELMAN LLP
235 Montgomery St., Suite 944
San Francisco, CA 94104
Telephone: (415) 653-1733
Facsimile: (415) 727-5079
teresa@renakerhasselman.com
margo@renakerhasselman.com
kirsten@renakerhasselman.com

*Attorneys for Plaintiff*

JOHN C. PROVOST, SBN 125458
BEESON, TAYER & BODINE, APC
520 Capitol Mall, Suite 300
Sacramento, CA 95814-4714
Telephone: (916) 325-2100
Facsimile: (916) 325-2120
Email: jprovost@beesontayer.com

CAROL A. KRSTULIC
[Admitted Pro Hac Vice]
BLAKE & UHLIG, P.A.
753 State Avenue, Suite 745
Kansas City, KS 66101
Telephone: (913) 321-8884
Facsimile: (913) 321-2396
Email: cak@blake-uhlig.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DARRYL EVANS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BOILERMAKER-BLACKSMITH NATIONAL PENSION TRUST AND BOARD OF TRUSTEES OF THE BOILERMAKER-BLACKSMITH NATIONAL PENSION TRUST,<br><br>　　　　Defendants. | Case No. 16-CV-01043-TLN-KJN<br><br>**STIPULATION AND ORDER REGARDING PLAINTIFF'S OBJECTION TO PRETRIAL SCHEDULING ORDER** |

1  WHEREAS, the Court issued a Pretrial Scheduling Order ("Order") in this case on August 2, 2016, which covered multiple topics, including the scope of discovery in this case;

WHEREAS, the Court's Order was to become final unless objections were filed within fourteen days of service of the Order;

WHEREAS, on August 16, 2016, Plaintiff filed an objection regarding the Order ("Plaintiff's Objection"), in which he objected to the scope of discovery as set forth in Section IV of the Order, but did not object to any other part of the Order;

WHEREAS, on August 17, 2016, the parties received an email from the Court's Courtroom Deputy indicating that the Court would like to know if the parties are willing to stipulate to Plaintiff's Objection, and if so, requesting that the parties file a stipulation and proposed order to that effect;

WHEREAS, the parties have met and conferred and have reached agreement on this issue;

THEREFORE, the parties hereby stipulate to Plaintiff's Objection, without Defendants waiving their right to assert objections in response to discovery requests, to be addressed pursuant to normal discovery procedures. The parties further stipulate that all other portions of the Order not addressed in Plaintiff's Objection are in effect.

Dated: August 24, 2016                    Respectfully submitted,

RENAKER HASSELMAN LLP

By:    _/ s / Kirsten Scott_____

Kirsten Scott
*Attorneys for Plaintiff*

/ /

/ /

/ /

Dated: August 24, 2016          Respectfully submitted,

                                By:     _/s/ Carol Krstulic_____

                                Carol Krstulic
                                *Attorneys for Defendants*

SIGNATURE ATTESTATION

I, Kirsten Scott, hereby attest that the concurrence in the filing of the document has been obtained from the other signatory on this document.

Dated: August 24, 2016          By:     _/s/ Kirsten Scott_____
                                Kirsten Scott

IT IS SO ORDERED.

Dated: August 25, 2016

                                _____
                                Troy L. Nunley
                                United States District Judge