Teresa S. Renaker, Cal. Bar No. 187800
Margaret E. Hasselman, Cal. Bar No. 228529
Kirsten G. Scott, Cal Bar. No. 253464
RENAKER HASSELMAN SCOTT LLP
235 Montgomery St., Suite 944
San Francisco, CA 94104
Telephone: (415) 653-1733
Facsimile: (415) 727-5079
teresa@renakerhasselman.com
margo@renakerhasselman.com
kirsten@renakerhasselman.com

*Attorneys for Plaintiff*

JOHN C. PROVOST, SBN 125458

BEESON, TAYER & BODINE, APC
520 Capitol Mall, Suite 300
Sacramento, CA 95814-4714
Telephone: (916) 325-2100
Facsimile: (916) 325-2120
Email: jprovost@beesontayer.com

CAROL A. KRSTULIC
[Admitted Pro Hac Vice]
BLAKE & UHLIG, P.A.
753 State Avenue, Suite 745
Kansas City, KS 66101
Telephone: (913) 321-8884
Facsimile: (913) 321-2396
Email: cak@blake-uhlig.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DARRYL EVANS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BOILERMAKER-BLACKSMITH NATIONAL PENSION TRUST AND BOARD OF TRUSTEES OF THE BOILERMAKER-BLACKSMITH NATIONAL PENSION TRUST,<br><br>　　　　Defendants. | Case No. 16-CV-01043-TLN-KJN<br><br>**STIPULATION AND ORDER REGARDING PARTIES' BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

1  WHEREAS, Plaintiff Darryl Evans filed a motion for summary judgment on February 9, 2017, with a hearing set for March 23, 2017, at 2:00pm;

WHEREAS, Defendants Boilermaker-Blacksmith National Pension Trust and Board of Trustees of the Boilermaker-Blacksmith National Pension Trust intend to file a cross-motion for summary judgment;

WHEREAS, pursuant to Local Rule 230(e), a cross-motion that is related to the general subject matter of the original motion shall be served and filed in the manner and on the date prescribed for the filing of the opposition brief;

WHEREAS, for efficiency purposes, the Parties desire to brief the cross-motions for summary judgment in four briefs instead of six, and have met and conferred about a briefing schedule;

THEREFORE, the parties hereby stipulate to the following briefing schedule for the Parties' cross-motions for summary judgment:

(1) Plaintiff filed motion for summary judgment on February 9, 2017;

(2) Defendants to file combined motion for summary judgment and opposition to Plaintiff's motion for summary judgment by February 23, 2017;

(3) Plaintiff to file combined reply brief and opposition to Defendants' motion for summary judgment by March 9, 2017;

(4) Defendant to file reply brief by March 16, 2017;

(5) Hearing on the Parties' cross-motions for summary judgment to be held at 2:00pm on March 23, 2017, or as soon thereafter as counsel may be heard by the Court.

Dated: February 10, 2017                    Respectfully submitted,

                                            RENAKER HASSELMAN SCOTT LLP

                                    By:     ___/ s / Kirsten Scott_____

                                            Kirsten Scott
                                            *Attorneys for Plaintiff*

Dated: February 10, 2017                    Respectfully submitted,

                              By:     */s / Carol Krstulic*

                                      Carol Krstulic
                                      *Attorneys for Defendants*

### SIGNATURE ATTESTATION

I, Kirsten Scott, hereby attest that the concurrence in the filing of the document has been obtained from the other signatory on this document.

Dated: Feb 10, 2017              By:     */s / Kirsten Scott*
                                         Kirsten Scott

    IT IS SO ORDERED.

Dated:  February 10, 2017              _____
                                       Troy L. Nunley
                                       United States District Judge